# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| KIMBERLY R. LANE, | § | |
| | § | Civil Action No. 4:17-CV-429 |
| v. | § | (Judge Schell/Judge Nowak) |
| | § | |
| COMMISSIONER, SSA, | § | |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff's Petition and Brief for Award of Attorney Fees and Costs Under The Equal Access to Justice Act (Dkt. #20) and Commissioner's Response (Dkt. #21), wherein Defendant states it has no objection to Plaintiff's request, finds that Plaintiff's Petition is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Petition and Brief for Award of Attorney Fees and Costs Under The Equal Access to Justice Act (Dkt. #20) is **GRANTED**, and the Commissioner is directed to pay four thousand two hundred thirty-seven dollars and forty-two cents ($4,237.42) as reasonable attorney's fees and costs payable to Plaintiff, such payment to be mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

SIGNED this the 13th day of June, 2018.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE